## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
## AGAINST PAVEL GRIGORYEVICH IVANCHENKO

I, Joseph Simmons, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit, pursuant to Federal Rule of Criminal Procedure 4, in support of an application for a criminal complaint and an accompanying arrest warrant for **PAVEL GRIGORYEVICH IVANCHENKO ("IVANCHENKO")**. All dates, locations, and amounts listed in my affidavit are approximations.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2018. I am currently assigned to the Mobile Division, where my duties include investigating violations of federal law to include investigations related to financial crimes, public corruption, and violent crime, among others. I have also received training on obtaining and reviewing financial records and digital data.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses and others associated with this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2261(A)(2) (Stalking) and 18 U.S.C. § 875(c) (Threatening Interstate Communications) have been committed by **PAVEL GRIGORYEVICH IVANCHENKO** in the Southern District of Alabama and elsewhere.

### PROBABLE CAUSE

5. Victim-1 is a physician in Baldwin County, Alabama. PAVEL IVANCHENKO is a Russian national previously residing in south Alabama and has resided in the United States for a number of years. IVANCHENKO's minor children were patients at Victim-1's medical clinic.

6. Around November 2021, IVANCHENKO's children had an appointment at Victim-1's clinic. During that appointment, IVANCHENKO was apparently unhappy about the clinic's vaccination policy. After the appointment was over, IVANCHENKO continued to wait in the parking lot of the clinic for an extended period of time, apparently in an effort to discuss the issue with Victim-1 when Victim-1 left work. IVANCHENKO continued to wait in the parking lot until Victim-1's vehicle was the only vehicle left in the parking lot of the clinic, thus giving IVANCHENKO the opportunity to deduce Victim-1's vehicle type (a Volvo). Though this incident was concerning to Victim-1 and the medical clinic staff, IVANCHENKO's children were allowed to remain patients at the clinic for the time being.

7. Victim-1's medical clinic has a strict policy regarding missed appointments. After three missed appointments without cancelling prior to the appointment time, patients are dismissed from the clinic. In December 2022, IVANCHENKO was notified in writing that his family was being dismissed as patients from the clinic for violating this policy. Over the following weeks, IVANCHENKO spoke to clinic staff, both on the phone and in person, on at least three separate occasions asking to be reinstated as patients.

8. On January 17, 2023, IVANCHENKO again visited the clinic in-person and interacted with Witness-1, an employee of the medical clinic. Witness-1 again informed IVANCHENKO that they had been dismissed as patients and would not be reinstated. Witness-1 showed IVANCHENKO the clinic policy he had signed when first becoming patients in which he had agreed to the no-show policy and the consequences for failing to abide by it. Witness-1

indicated that IVANCHENKO became increasingly irate and loud. IVANCHENKO told Witness-1 that the whole community would find out about the way the clinic had treated his family, or words to that effect, though IVANCHENKO did not physically threaten to harm Witness-1.

9. Late on the evening of January 17, 2023 (the same date), Victim-1 was at home with family members. Victim-1 received a text message on their personal cell phone from phone number 540-254-7934, a phone number unfamiliar to Victim-1, as shown below:



*Image 1. Screenshot of message sent to Victim-1.*

10. As indicated in the text message, the sender of the message referred to the true make (Volvo) of Victim-1's vehicle and apparently threatened to light it on fire. The sender also suggested that unknown individuals were surveilling Victim-1. The sender suggested that Victim-1 would be punished soon and ended by stating "Hold tight," as if additional action was forthcoming.

11. Upon receiving the text message, Victim-1 was immediately in fear for their safety of that of their family. Victim-1 contacted the local police department to notify them of the incident. Victim-1 suspected that IVANCHENKO was behind the text message based on his interactions with Witness-1 earlier on the same date. Victim-1 did not receive any additional text messages from the phone number and did not respond to the text.

12. In the course of investigating the incident described above, the FBI also learned that IVANCHENKO and his wife, TATIANA SAMOKHVALOVA, previously had Venmo and PayPal financial accounts flagged for suspected illicit behavior. PayPal and Venmo (owned by PayPal) are mobile payment services which allow users to transfer money to and from individuals or businesses which are primarily accessed via a smartphone application. Internal investigative records obtained from PayPal indicate that IVANCHENKO and SAMOKHVALOVA each had a PayPal account which were suspended in November 2021 because each account had received structured payments from another account that received payments for in-person sexual activities in violation of PayPal's Acceptable Use Policy. The PayPal records listed the website associated with these transactions as "models-world.com." The PayPal records further indicated that the activities in the account were potentially indicative of human trafficking. IVANCHENKO also had a Venmo account which was similarly suspended in November 2021, though PayPal did not provide details of the reason for the suspension.

13. In early April 2023, the FBI conduced an internet search for phone number 540-254-7934, the phone number utilized to send the threatening message to Victim-1. The internet search revealed a website listing the number as being associated with "Rita." A further search for the email address listed for "Rita" revealed a listing on **models-world.com**, with "Rita" described as a "Dating Model." In my training and experience, I believe "Dating Model" to be a euphemism

for a prostitute or high-end escort who engages in sexual activity for payment. Models-World.com is the same website flagged by PayPal as associated with an account that sent structured payments to IVANCHENKO and his wife. A screenshot from April 2023 showing "Rita" and listing phone number 540-254-7934 is shown below:



Image 2. Screenshot of showing "Rita" and listing phone number 540-254-7934.

14. The FBI later learned that the phone number 540-254-7934 was associated with Bandwidth.com. Bandwidth.com allows users to temporarily obtain a cell phone number separate from the number assigned to their cell phone. Bandwidth.com indicated to the FBI that the phone number 540-254-7934 was owned by Google LLC ("Google").

15. Google allows users to rent or utilize a secondary phone number through the Google Voice application. This application allows users to make and receive phone calls and text

messages using a phone number different from the one assigned to their phone by a traditional cell phone service provider. The evidence obtained to date indicates that the individual who sent the threatening text message to Victim-1 did so using a secondary phone number obtained through Google Voice.

16. The FBI next obtained Subscriber Records from Google. Those records indicate that the phone number 540-254-7934 was a Google Voice number which was utilized by the individual with google account thongbumbacaoc2955@gmail.com and the subscriber name "Rita не раб BO" ("RITA") during the relevant time period. Phone number 540-254-7934 was first utilized by thongbumbacaoc2955@gmail.com on December 14, 2022. These Google records indicate that the individual controlling the account thongbumbacaoc2955@gmail.com was the same individual who controlled phone number 540-254-7934 at the time that the threatening text message detailed above was sent to Victim-1.

17. The FBI subsequently obtained a federal Search Warrant from this court for data associated with thongbumbacaoc2955@gmail.com from Google. Google provided data responsive to the Search Warrant. The review of the Google data associated with thongbumbacaoc2955@gmail.com is ongoing. However, the FBI has been able to draw some conclusions from the data reviewed thus far.

18. The Google records for thongbumbacaoc2955@gmail.com indicate that the account had a Recovery E-mail address associated with it. A Recovery E-mail is a secondary email that an individual can use to unlock or recover their email should they get locked out of the account. The listed Recovery E-mail for thongbumbacaoc2955@gmail.com is **marguritesweltbal56@gmail.com.**

19. The Google records contained the threatening text message sent to Victim-1, along with approximately 200 additional text message conversations. The text messages conversations between various as-yet unidentified individuals and the individual controlling the Google Voice phone number 540-254-7934 associated with thongbumbacaoc2955@gmail.com appear to be indicative of prostitution or high-end escort services, in which "RITA" frequently quotes prices of $600-$700 per hour for sexual services. In some cases, photos were sent by "RITA" to various men. These photos depicted different women, even though the account is subscribed to "RITA" and utilized the same Google Voice phone number of 540-254-7934. The text message conversations indicate that potential customers are arranging paid sexual encounters in Miami, Boston, and Washington State on the same date or in close proximity. This leads me to believe that the Google Voice account with phone number of 540-254-7934 was being controlled by an individual who was coordinating the meet-ups between the potential customers and multiple female escorts in various cities. Based on the totality of the evidence obtained thus far in this investigation, I believe that person to either be PAVEL IVANCHENKO or a close associate and co-conspirator of IVANCHENKO's.

20. One of the photos sent by a potential customer on December 28, 2022 to "RITA" accompanied by "is this you!" was the below photo:



*Image 2. Photo sent to "RITA" by potential customer on December 28, 2022.*

21. As shown in the above photo, the phone number 540-254-7934 is listed in an apparent advertisement for an "Escort in Miami" on the website **EROS.com**. Again, this is the same Google Voice number used to send the threatening text message to Victim-1.

22. On April 26, 2023, the FBI obtained from this court a Search Warrant for IVANCEHNKO's residence and vehicle in order to locate, seize, and subsequently search IVANCHENKO's cellular telephone utilizing phone number 251-223-0796. The FBI executed that Search Warrant on May 2, 2023 and successfully located and seized IVANCHNKO's cell phone. The FBI has begun to process and analyze the data from IVANCHENKO's cell phone, which remains ongoing. However, several items have been found in his cell phone which, I believe, connect him to the Google Voice account with phone number 540-254-7934, which was used to send the threatening text message to Victim-1.

23. First, IVANCHENKO's phone contains several documents associated with **EROS.com**, the same website listing "RITA" with the phone number 540-254-7934, as shown in Image 2 above. The titles of the documents suggest that IVANCHENKO was involved in setting up advertisements on EROS.com, as shown in the photo of IVANCENKO's phone below:



*Image 3. Photo of IVANCHENKO's phone with EROS.com documents.*

24. Secondly, IVANCHENKO's phone contains a Google application called My Business. This application is designed to assist business owners in reaching Google customers by optimizing their businesses in Google search results. IVANCHENKO has numerous email accounts listed in the My Business application on his phone, apparently allowing him to access each of those accounts. One of the listed email accounts is **marguritesweltbal56@gmail.com**. As previously described, **marguritesweltbal56@gmail.com** was listed as the Recovery E-mail

account for thongbumbacaoc2955@gmail.com, the account controlling the Google Voice account with phone number 540-254-7934, which was used to send the threatening text message to Victim-1. A photo of IVANCHENKO's phone listing margguritesweltbal56@gmail.com is shown below:



25. Google LLC is a large internet company headquartered in Mountain View, California which engages in extensive interstate commerce. Google Voice is an application primarily accessed on smartphones which allows users to send and receive text messages and phone calls throughout the United States and internationally. In my training and experience, cell phone providers are also engaged in extensive interstate commerce with communications data often passing through servers in various states. Therefore, I believe the threatening communication sent to Victim-1 was transmitted in interstate commerce.

26. Based on the totality of the circumstances and the evidence gathered to date, I believe IVANCHENKO either sent or caused to be sent the threatening text message to Victim-1 on January 17, 2023. Earlier on the same date, IVANCHENKO had engaged in a verbal altercation with a member of Victim-1's medical clinic staff. IVANCHNKO also likely knew Victim-1's vehicle type (a Volvo) based on a previous incident described above. IVANCHENKO is linked to the Google Voice phone number, 540-254-7934, which sent the threatening message to Victim-1 both through his apparent access to the Recovery E-mail address tied to the Google Voice account and through a website advertising escort services that documents found on IVANCHENKO's phone suggest set up advertisements. Accordingly, I respectfully request that the Court issue a criminal complaint and an accompanying arrest warrant for **PAVEL GRIGORYEVICH IVANCHENKO** for violations of 18 U.S.C. § 2261(A)(2) (Stalking) and 18 U.S.C. § 875(c) (Threatening Interstate Communications).

27. On April 8, 2023, IVANCHNKO was arrested by the Gulf Shores Police Department for Domestic Violence, 3rd Degree, and for Obstructing Police- Rendering False Alarm. After his arrest, due to IVANCHENKO's status as a foreign national, he was detained by Immigration and Customs Enforcement (ICE). IVANCHENKO remains in federal custody on an immigration detainer pending an appearance in front of a judicial authority in federal immigration court scheduled for on or about May 4, 2023, during which time a determination will be made regarding IVANCHENKO's continued detention or release pending additional activity in his case.

Respectfully submitted,

JOSEPH SIMMONS
Special Agent
Federal Bureau of Investigation

THE ABOVE AGENT HAD ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(A) THIS
__5th__, MAY _____, 2023.

HONORABLE SONJA BIVINS
UNITED STATES MAGISTRATE JUDGE